AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| PETER MONTECALVO, individually and on behalf of of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-11837-NMG |
| CABELA'S INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter Montecalvo            .

Date:   10/28/2022

/s/ Carey Alexander
*Attorney's signature*

Carey Alexander (Admitted Pro Hac Vice)
*Printed name and bar number*
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169

*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

Print        Save As...        Reset