AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| PETER MONTECALVO, individually and on behalf of of all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-cv-11837-NMG |
| CABELA'S INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter Montecalvo                                                                                         .

Date:   11/01/2022                                                       /s/ Ethan S. Binder
                                                                                *Attorney's signature*

                                                                 Ethan S. Binder (Admitted Pro Hac Vice)
                                                                   *Printed name and bar number*
                                                                 SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                                                         The Helmsley Building
                                                                       230 Park Avenue, 17th Fl.
                                                                          New York, NY 10169

                                                                                  *Address*

                                                                        ebinder@scott-scott.com
                                                                              *E-mail address*

                                                                              (212) 223-6444
                                                                           *Telephone number*

                                                                              (212) 223-6334
                                                                               *FAX number*

Print      Save As...                                                                    Reset