| Attorney or Party without Attorney: <br> Joseph P. Guglielmo, Esq., Bar #JG 2447 <br> Scott+Scott, Attorneys at Law, LLP <br> The Helmsley Building <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> Telephone No: 212-223-6444     FAX No: 212-223-6334 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District Of Massachusetts | | | | |
| Plaintiff(s): Peter Montecalvo | | | | |
| Defendant: Cabela's Inc. | | | | |
| **AFFIDAVIT OF SERVICE** <br> Summons and Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV11837NMG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Category Form; Class Action Complaint; Docket

3. a. Party served:     Cabela's Inc. c/o Bass Pro Group LLC
   b. Person served:     Bonnie Love, Service of Process Intake Clerk

4. Address where the party was served:     C T Corporation
   120 South Central Avenue
   Clayton, MO 63105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 04, 2022 (2) at: 11:51AM

7. Person Who Served Papers:
   a. Robert Pedroli, III
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:

I Declare under penalty of perjury under the laws of the State of MISSOURI that the foregoing is true and correct.

11-4-22

(Date)     (Signature)

8. STATE OF MISSOURI, COUNTY OF _St Louis_

Subscribed and sworn to (or affirmed) before me on this ___ day of _November_ by Robert Pedroli, III

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

LINDZIE LITTLEFIELD
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 21287603
My Commission Expires 07-27-2025

AFFIDAVIT OF SERVICE
Summons and Complaint

(Notary Signature)

jusgug.240444