UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MONTECALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11837-NMG<br><br>**DECLARATION OF MICHAEL J. LAIRD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael J. Laird, pursuant to 28 U.S.C. § 1746 and Local Rule 85.5.3(e), declare under penalty of perjury as follows:

1. I am an Associate at the law firm Zimmerman Reed LLP and counsel for Plaintiffs in the above-captioned matter. I make this Declaration in Support of Motion for Admission *Pro Hac Vice*, pursuant to L.R. 85.5.3(e), to appear on behalf of the Plaintiff in the above captioned matter.

2. My business address is 1100 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; Telephone: (612) 341-0400; Facsimile: (612) 341-0844; Email: michael.laird@zimmreed.com.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice:

| *Court* | *Date of Admission* | *Good Standing* |
|---|---|---|
| State Bar of Minnesota | 10/28/2016 | Yes |
| U.S.D.C. District of Minnesota | 11/30/2016 | Yes |
| 6th Circuit Court of Appeals | 12/8/2020 | Yes |

4. I have never been convicted of a felony.

5. I have never been held in contempt of court, and I have never been censured, suspended, disbarred or denied admission or readmission by any Court.

6. I am not, nor have I been, the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

7. I have not previously had a *pro hac vice* admission to any Court revoked for misconduct.

8. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

I declare under penalty of perjury that the foregoing statements are true.

Dated: November 18, 2022

*/s/ Michael J. Laird*
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
michael.laird@zimmreed.com