AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Peter Montecalvo ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-cv-11837-NMG |
| Cabela's Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter Montecalvo.

Date:     11/18/2022

/s/ Rachel K. Tack
*Attorney's signature*

Rachel K. Tack (Admitted Pro Hac Vice)
*Printed name and bar number*

Zimmerman Reed LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55502

*Address*

rachel.tack@zimmreed.com
*E-mail address*

(612) 341-0400
*Telephone number*

(612) 341-0844
*FAX number*