UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER MONTECALVO, individually and
on behalf of all others similarly situated,

               Plaintiff,

v.

CABELA'S INC.,

               Defendant.

Civil Action No.: 1:22-CV-11837

**JOINT MOTION FOR EXTENSIONS OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Cabela's Inc. ("Cabela's"), and Plaintiff, Peter Montecalvo ("Plaintiff") (collectively, the "Parties"), jointly and respectfully request that this Court adopt the following proposed schedule for the Parties to file pleadings responsive to Plaintiff's Class Action Complaint (the "Complaint"):

| | |
|---|---|
| Deadline for Cabela's to Respond to Plaintiff's Complaint: | January 6, 2023 |
| Deadline for Plaintiff to Oppose to Cabela's Response: | February 6, 2023 |
| Deadline for Cabela's to Reply to Plaintiff's Opposition: | February 20, 2023 |

In support of this Motion, the Parties state as follows:

1. Plaintiff filed the Complaint on October 27, 2022. (Dkt. 1).

2. Cabela's was served with the Complaint on November 4, 2022.

3. Cabela's responsive pleading is currently due on November 25, 2022.

4. The extensions requested in the proposed briefing schedule are necessary to allow Cabela's to adequately respond to the legal and factual issues raised in the Plaintiff's Complaint, and for the Plaintiff to respond to Cabela's responsive pleading.

Civil Action No.: 1:22-CV-11837

5. The Parties have conferred and agree on the proposed briefing schedule.

6. Good cause exists for the proposed briefing schedule, and the extensions of time will neither unreasonably delay resolution, nor unduly prejudice, any party to this action.

7. A proposed Order granting this Motion is attached as Exhibit 1.

WHEREFORE, the Parties jointly and respectfully request that this Court enter an Order adopting the proposed schedule for the Parties to file pleadings responsive to Plaintiff's Complaint.

Dated:  November 21, 2022

Respectfully submitted,

*/s/ Emyr T. Remy*_____
Alan Y. Wong (BBO# 687618)
awong@shb.com
Emyr T. Remy (BBO# 704156)
remy@shb.com
SHOOK, HARDY & BACON L.L.P.
One Federal St., Ste. 2540
Boston, MA 02110
Telephone: (617) 531-1411
Facsimile: (617) 531-1602

Alfred J. Saikali (*pro hac vice* forthcoming)
asaikali@shb.com
Jennifer McLoone (*pro hac vice* forthcoming)
jmcloone@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Tel: (305) 358-5171 | Fax: (305) 358-7470

Elisabeth A. Hutchinson (*pro hac vice* forthcoming*)*
ehutchinson@shb.com
SHOOK, HARDY & BACON L.L.P.
1600 17th Street, Suite 450
Denver, CO 80202
Phone: (303) 285-5300 | Fax: (303) 285-5301

*Counsel for Cabela's Inc.*

Civil Action No.: 1:22-CV-11837

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo BBO #671410
Carey Alexander
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimnireed.com

*Counsel for Plaintiff and the Proposed Class*

Civil Action No.: 1:22-CV-11837

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2022.

Joseph P. Guglielmo BBO #671410
Carey Alexander
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimnireed.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Emyr T. Remy*
Emyr T. Remy