# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MONTECALVO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>CABELA'S INC.,<br><br>      Defendant. | Civil Action No.: 1:22-CV-11837 |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court on the Parties' Joint Motion for Extensions of Time to Respond to Plaintiff's Complaint, and the Court having considered the joint Motion and all other relevant factors, it is hereby **ORDERED and ADJUDGED** that:

The Motion is **GRANTED**.  The Parties shall file pleadings responsive to the Plaintiff's Class Action Complaint as follows:

| | |
|---|---|
| Deadline for Cabela's to Respond to Plaintiff's Complaint: | January 6, 2023 |
| Deadline for Plaintiff to Oppose to Cabela's Response: | February 6, 2023 |
| Deadline for Cabela's to Reply to Plaintiff's Opposition: | February 20, 2023 |

**DONE and ORDERED** in Chambers, Boston, Massachusetts, this \_\_\_\_ day of _____, 2022.

                            _____
                            UNITED STATES DISTRICT JUDGE

Copies furnished to: counsel of record