UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MONTECALVO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>CABELA'S LLC f/k/a CABELA'S INC.,<br><br>                    Defendant. | Case No. 1:22-cv-11837-NMG |

**DEFENDANT CABELA'S LLC'S**
**MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Cabela's LLC f/k/a Cabela's Inc. ("Cabela's") respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Peter Montecalvo's Complaint for Plaintiff's failure to state a claim upon which relief can be granted. In so moving, Cabela's does not waive its right to challenge class certification. As explained more thoroughly in the supporting memorandum of law, Plaintiff's Complaint should be dismissed for the following reasons:

- Plaintiff's claim under the Massachusetts Wiretapping Statute, Mass. Gen. Laws. ch. 272 §99(Q) *et seq.*, must be dismissed because Plaintiff fails to plead the necessary elements of a viable claim.

- Plaintiff's invasion of privacy claim fails as a matter of law because Plaintiff failed to allege that Cabela's purported capture of the data on its own website was an invasion of Plaintiff's "seclusion or solitude."

- Plaintiff's claims for injunctive relief should be dismissed because he lacks standing to pursue such a claim.

WHEREFORE, Cabela's respectfully requests that the Court dismiss with prejudice Plaintiff's Compliant pursuant to Federal Rule of Civil Procedure 12(b)(6).

## CERTIFICATION PURSUANT TO L.R. 7.1

Counsel for Cabela's contacted Plaintiff's counsel in a good faith effort to resolve or narrow the issues presented by this motion, but no agreement could be reached.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Cabela's respectfully requests oral argument on its Motion to Dismiss.

Dated: January 6, 2023

Respectfully submitted,

By: /s/ Alan Y. Wong
Alan Y. Wong (BBO# 687618)
awong@shb.com
Emyr T. Remy (BBO# 704156)
remy@shb.com
SHOOK, HARDY & BACON L.L.P.
One Federal St., Ste. 2540
Boston, MA 02110
Tel: (617) 531-1411 | Fax: (617) 531-1602

Alfred J. Saikali (*pro hac vice* forthcoming)
asaikali@shb.com
Jennifer A. McLoone (*pro hac vice* forthcoming)
jmcloone@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Tel: (305) 358-5171 | Fax: (305) 358-7470

*Attorneys for Defendant Cabela's LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on January 6, 2023:

>Joseph P. Guglielmo
>Carey Alexander
>Ethan S. Binder
>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
>The Helmsley Building
>230 Park Avenue, 17th Fl.
>New York, NY 10169
>Tel.: (212) 223-6444
>jguglielmo@scott-scott.com
>calexander@scott-scott.com
>ebinder@scott-scott.com
>
>Brian C. Gudmundson
>Michael J. Laird
>Rachel K. Tack
>**ZIMMERMAN REED LLP**
>1100 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>Tel.: (612) 341-0400
>Brian.gudmundson@zimmreed.com
>Michael.laird@zimmreed.com
>Rachel.tack@zimmreed.com
>
>*Attorneys for Plaintiff*

By: */s/ Alan Y. Wong*
    Alan Y. Wong
    *Attorney for Defendant Cabela's LLC*