# Exhibit 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MONTECALVO, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-11837-NMG |
| CABELA'S LLC, F/K/A CABELA'S INC., | |
| Defendant. | |

### DECLARATION OF ALEX DENNEE

Pursuant to 28 U.S.C. § 1746, Alex Dennee declares as follows:

1.      I make this declaration in support of Cabela's LLC's ("Cabela's") motion to dismiss.

2.      I am above the age of eighteen and have personal knowledge of the facts stated in this declaration and, if sworn as a witness, I am competent to testify to them.

3.      I am an employee of Bass Pro, LLC, the parent of Cabela's LLC, and my current title is Senior Manager of Digital Marketing.

4.      I am familiar with the privacy statement both currently and during the time period relevant to the complaint.

5.      Exhibit A to this declaration is a true and correct copy of the privacy statement. The privacy statement is also publicly available on cabelas.com at https://www.cabelas.com/shop/en/privacy-policy-summary-cabelas.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/6/2023

Executed on January _____, 2023

DocuSigned by:

*Alex Dennee*

7F6D1BDC1C6E4FB...

Alex Dennee

**DocuSign**

| **Certificate Of Completion** | | |
|---|---|---|
| Envelope Id: A2F2DC554F2C4ABB8B4BCC9B42F0D877 | | Status: Completed |
| Subject: Complete with DocuSign: Declaration of Alex Dennee.docx | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Marsha Green |
| AutoNav: Enabled | | 2500 East Kearney St |
| EnvelopeId Stamping: Enabled | | Springfield , MO  65898 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | MEGreen@basspro.com |
| | | IP Address: 192.82.245.236 |

| **Record Tracking** | | |
|---|---|---|
| Status: Original | Holder: Marsha Green | Location: DocuSign |
|     1/6/2023 9:57:17 AM |     MEGreen@basspro.com | |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Alex Dennee | *DocuSigned by:* **Alex Dennee** 7F6D1BDC1C5E4FB... | Sent: 1/6/2023 9:58:56 AM |
| Alex.Dennee@cabelas.com | | Viewed: 1/6/2023 9:59:32 AM |
| Security Level: Email, Account Authentication (None) | | Signed: 1/6/2023 9:59:38 AM |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 68.65.38.40 | |
| **Electronic Record and Signature Disclosure:** Accepted: 1/6/2023 9:59:32 AM ID: 1a4bbaa1-e492-4923-ad53-6a2c29c419ef | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Jennifer McLoone | **COPIED** | Sent: 1/6/2023 9:58:57 AM |
| JMCLOONE@shb.com | | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** Not Offered via DocuSign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/6/2023 9:58:57 AM |
| Certified Delivered | Security Checked | 1/6/2023 9:59:32 AM |
| Signing Complete | Security Checked | 1/6/2023 9:59:38 AM |
| Completed | Security Checked | 1/6/2023 9:59:38 AM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, White River Financial Services, L.L.C. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

### How to contact White River Financial Services, L.L.C.:

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: wrfsloans@whiteriverfs.com

### To advise White River Financial Services, L.L.C. of your new email address

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at wrfsloans@whiteriverfs.com and in the body of such request you must state: your previous email address, your new email address.  and your full legal name as indicated on your Doc U Sign documents

If you created a DocuSign account, you may update it with your new email address through your account preferences.

### To request paper copies from White River Financial Services, L.L.C.

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to wrfsloans@whiteriverfs.com and in the body of such request you must state your email address, full name, mailing address, and telephone number.

### To withdraw your consent with White River Financial Services, L.L.C.

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to wrfsloans@whiteriverfs.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

## Required hardware and software

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

## Acknowledging your access and consent to receive and sign documents electronically

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify White River Financial Services, L.L.C. as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by White River Financial Services, L.L.C. during the course of your relationship with White River Financial Services, L.L.C..

# Exhibit A

# •     **Privacy and Security Statement**

This Privacy and Security Statement ("Statement") applies to all mobile applications, websites and domains owned by our family of companies linking to or posting this Statement, including Bass Pro Shops, Cabela's, White River Marine Group, White River Financial Services, American Rod & Gun, Ranger Boats, Ranger Cup, Ascend, Tracker Off Road, Sun Tracker Boats, Regency Boats, Tahoe Boats, Mako Boats, Tracker Boats, Nitro Boats, and Triton Boats (the "Sites").

Please read this Statement and the Community Guidelines and Terms of Use before purchasing, using, or submitting content in any form or medium for publication on the Sites. By using our services and accessing the Sites, you are consenting to the information collection and use practices described in this Statement and the Community Guidelines and Terms of Use. This Statement does not apply to information collected offline by us (unless specifically stated). In this Statement, "we," "our," or "us" refers to the operators of the Sites.

## •     **Some Terms We Use In This Statement** **Top**

**Personal Information is** any information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular individual.

**Cookies** are small text files containing unique identification numbers that your web browser software transfers from a Site to your computer when you visit the Sites. We use Cookies to help us recognize your browser, make it easier for you to use the Sites and help us customize your experience. Our use of Cookies is described more fully below.

A **Corporate Affiliate** is an entity owned by or under common ownership with us.

A **Business Partner** is an entity with which we have an ongoing business relationship to provide data analysis, to assist in developing a Site or to provide marketing services, specialized products or services or information to visitors to the Sites.

## •     **Personal Information You Provide Through The Sites And How We May Use It** **Top**

You are not required to provide Personal Information to browse the Sites. If you choose to purchase products and/or services from the Sites, you may be asked to provide your name, credit card information, telephone number (in case our customer service personnel need to reach you about your order), mailing and/or shipping address, email address. If you choose to create an online account, you may provide your name, address, telephone number, email address or other information you choose to provide. To participate in or submit content to one of our Sites or to view exclusive content on the Sites, you will be required to have an online account. If you request a catalog, we may ask for your mailing address. If you ask to receive our newsletters or send a Wish List or Email-A-Friend message, we may ask for an email address. If you participate

in surveys or contests, we may ask for your contact information, qualifying information, opinion and background information, such as your age, gender, approximate household income, type of outdoor sport you enjoy, frequency in which you engage in your sport, and where you go to enjoy your sport. Those seeking Career Opportunities may be asked to provide contact, background, education and employment information. If you participate in our online communities, any information you post is publicly accessible. If you download one of our mobile applications ("App"), we will collect your name and contact information, as well as information about your device, so that we can identify you when you connect with us.

We may use your information for our general commercial purposes, including:

- Providing information about our products, services and special events and those of third parties which we believe may be of interest to you.
- Processing and fulfilling your purchase order or request for information, contacting you regarding your order, or answering any questions/concerns you might have regarding your order.
- Customizing your Site experience and speeding up the shopping process by remembering you through your online account.
- Allowing registered members to submit content to our Sites and participate in our communities, online ratings and reviews, talk forums, chats, blogs and outdoor questions and answers forums, and providing them with access to exclusive content.
- Conducting surveys to assess customer satisfaction and preferences.
- Administering contests or sweepstakes.
- Allowing you to create a wish list and email a personal greeting to a friend with your information.
- Considering and processing applications for employment.
- Offering and operating our mobile Apps.

- ## Personal Information We May Collect From Other Sources Top

We may receive information about you from third-party sources when you allow us access to your data through a third-party service to create a Site profile or when a friend provides us your information. We may also receive information about you from third parties in connection with your use of our Apps. For example, if you enroll in the Pay with Rewards program on our App, we may receive transaction information from your payment card network (e.g., Mastercard), which we use to operate that program so that you may redeem points under that program's terms. In addition, we may receive information from social networking sites, databases, online marketing firms, and ad targeting firms, including:

- Personal information about you, including user name and connection list, email address and password, if you access any of the Sites using a third-party social networking application or feature, such as Facebook Connect, through which you allow us to collect (or the third party to share) information about you;

- Personal information about you if other users of a third-party website give us access to their profiles and you are one of their "connections" or information about you is otherwise accessible through your "connections" web page, profile page, or similar page on a social networking or other third-party website or interactive service;
- Demographic data, such as your age range, gender, and interests;
- Information about your advertising interaction and viewing data, such as if you click on certain advertisements;
- Your name and email address if a Site user gives information about the Sites to you, such as through the "Email-a-Friend" feature; and
- References and background checks for job applicants.

With the exception of information collected through the "Email-A-Friend" feature (which is only used to forward messages from you), we may combine the information we collect about you through the Sites with records from third-party sources in order to improve our ability to serve you, to tailor our content to you and to offer you opportunities to purchase products or services that we think may be of interest to you. Please note that if we combine the information we receive from third-party sources with information we collect through the Sites, we will treat it in accordance with this Statement.

- ## How We May Share the Information Collected **Top**

- We may share your Personal Information as provided in this Statement. We may share Personal Information with our Corporate Affiliates.
- We may provide Personal Information to our agents, outside vendors or service providers to perform functions on our behalf (e.g., analyzing data, providing marketing assistance, providing customer service, processing orders, sending emails about our products or services, etc.).
- We do on occasion share your name and mailing address with other companies that, in our judgment, are similar to us or our Corporate Affiliates for marketing and promotions of their products and services where we believe that their products and services would be of interest to you.
- We may also sell, transfer or otherwise disclose Personal Information, including, but not limited to, your name and mailing address, in connection with a corporate transaction, such as a merger, consolidation or sale of some or substantially all of our assets.
- We may use or disclose your Personal Information to comply with the law, applicable regulations, governmental and quasi-governmental requests, court orders or subpoenas, to enforce our Community Guidelines and Terms of Use and to protect the rights, property, safety or interests of our company, our Corporate Affiliates or others.
- We may share aggregated or anonymized information with third parties without restriction.
- We may use third party-placed tracking pixels and Cookies and related or similar technologies to help us understand how to improve the customer experience on our Sites, to personalize our content, and to develop and improve our products and services, including advertising.

Pay With Rewards Program. If you enroll in the Pay with Rewards program, we may share your information with Mastercard in order to allow you to redeem points in accordance with that program. You can opt out of this sharing by unenrolling in the Pay with Rewards program.

If you enroll in the Pay with Rewards program, you authorize your payment card network (e.g., Mastercard) to monitor activity on your selected payment card(s) and to share certain transaction data with us and our service providers so that you may redeem points under that program's terms. You can withdraw your authorization and stop this sharing by unenrolling from the Pay with Rewards program.

Amway Purchases. If you purchase our goods or services on Amway.com, we will share with Amway the Amway IBO number and the dollar amount of each purchase. If you are a member of the Amway program and you do not want us to disclose that information, then you must contact Amway directly. Opting out of having us disclose information to Amway will most likely preclude you from participating in the special membership or rewards program offered by Amway.

# • How You Can Control The Use Of Your Personal Information Top

If you would like to change your Personal Information in our records or remove your name from our catalog or postal mailing list or from lists we share with other selected companies, contact us using one of the methods set out in the Contacting Us section below. If you are an online registered member, you can access "Your Account" to update the Personal Information you have stored online.

You may opt out of receiving our email newsletters at any time by choosing the unsubscribe link provided in each email. You may also be able to edit your email preferences on "Your Account" page.

We will honor your requests to change or delete your Personal Information in compliance with applicable law. Requests to remove Personal Information from marketing lists will apply to future mailings and future sharing of information, not to past disclosures or use. Please remember that we do not have access to, or control over, advertisers' or service providers' cookies, and the information practices of third parties are not covered by this Statement.

# • Certain Technical Information You Should Know Top

## • OUR USE OF COOKIES AND GIFS

We may collect information about how users navigate through a Site during thousands of Site visits. For example, we use Cookie technology:

- to track which pages on Sites our visitors view and which web browsers they use. We analyze this information in aggregate to improve the Sites by making them more responsive to the needs and preferences of our users.
- when you register on the Sites so that each time you visit the Sites we can remember your specified area of interest and any other information you have voluntarily provided and saved.
- to track the items you placed in your shopping cart during a single shopping session and to enable us to provide better service to you by maintaining your shopping cart between visits (so you do not have to enter each item again).
- to help us understand our Site traffic patterns to determine our visitors' interests and needs.

Because we rely on Cookies to make the shopping experience easier and more tailored to your needs, your browser must be set to accept Cookies before you can place an order. If you would like more information about how Cookies work, go to http://www.cookiecentral.com.

We may use a software technology called clear gifs (a.k.a. Web Beacons/Web Bugs) that helps us better manage content on the Sites by informing us about the content that is of interest to our customers. Clear gifs are tiny graphics with a unique identifier, similar in function to cookies, and are used to track the online movements of web users by collecting information such as a visitor's cookie number, the time, date, duration and number of page views, a description of the page where the web beacon is placed, and details about any items that were purchased. In addition, we may use clear gifs in our HTML-based emails to let us know which emails the recipients have opened. This allows us to gauge the effectiveness of certain communications and our marketing campaigns. If you would like to opt out of receiving these emails, see the "How You Can Control the Use of Your Personal Information" section.

We do not currently employ technology that responds to do not track signals from your browser.

- **BUSINESS PARTNER COOKIES AND WEB BEACONS**

We may permit some of our Business Partners (such as the administrator of the online application for our co-branded credit card or our analytic service providers, social commerce providers, or personalized advertising service providers) to use Cookies or web beacons on our Sites that may collect information about your activities on the Sites as well as technical information from your computer (such as IP address, browser type, etc.) and information about your online activities across other websites and over time. We have no access to or control over these Cookies once we have given permission to our partners to set Cookies.

- # How We Strive To Protect Personal Information**Top**

We use reasonable technical, administrative and physical measures to protect information contained in our system against misuse, loss or alteration. We use SSL technology to keep others from intercepting your information while it is being transmitted across the Internet. To ensure you are in SSL or secure mode for your transactions, look at the address of the page. Secure pages will usually appear with an address that begins with https:// rather than the standard http://

and will include a closed padlock icon. No data transmission over the Internet or any wireless network can be guaranteed to be absolutely secure. Therefore, we do not warrant or ensure the security of any information sent to us online.

While we take steps to protect your Personal Information and keep it secure, you also play a role in protecting your information. You can help to maintain the security of your online transactions by not sharing your user name or password with anyone. If we receive instructions using your log-in information and password, we will assume that the instructions have been authorized by you. Any information or content that you post or upload to the Sites or our communities is publicly available and is not secure.

Likewise, emails sent to and from the Sites are not secure; please do not use email to transmit sensitive information to us. We will rarely, if ever, request Personal Information in an unsolicited email to you. If you have any question about the genuineness of an email you receive that appears to be from us, please contact us using the information in the Contacting Us section below and do not furnish Personal Information in response to the email unless its authenticity can be verified.

## • Our Policies Regarding Children**Top**

We do not sell products for purchase by children; however, we do sell children's products for purchase by adults. If you are under 18 years of age, please do not submit any information without the express consent and participation of a parent or guardian. We will not knowingly collect Personal Information about any person under 13 years of age. If you believe that we have information from or about anyone under 13 years of age, please notify us using one of the methods set out in the Contacting Us section below.

## • Links To Other Sites**Top**

We provide links on occasion to other websites we think you may enjoy. These websites operate independently of our family of companies and have established their own privacy and security policies. For the best online experience, we encourage you to review these policies before submitting any Personal Information to those websites.

## • Consent To Transfer**Top**

The Sites are operated in the United States. Please be aware that any information you provide to us will be transferred to the United States. By using a Site from outside the United States and/or providing us with your Personal Information through a Site, you consent to this transfer.

## • If You Are A Citizen Of Canada**Top**

Canadian citizens, except under circumstances defined by law, are entitled to access their Personal Information collected by us by writing to us at the address set out in the Contacting Us

6

section below. We may ask you to pay an administrative fee for accessing or copying your information, but will inform you of the anticipated charges and confirm that you want us to proceed before processing your request. If you believe that the Personal Information about you that we have collected is incomplete or inaccurate, we will correct the information upon verification that an omission or error exists and that the Personal Information relates to the person requesting the correction. If you would like to request additional information about our Personal Information management practices or access or correct or have us investigate any matters in relation to your Personal Information, please contact us using one of the methods set out in the Contacting Us section below.

## • If You Are A Resident Of Nevada **Top**

We do not transfer personal information for monetary consideration. If you would like to tell us not to sell your information in the future, please email us at the email address set out in the Contacting Us section below with your name, postal address, telephone number and email address with "Nevada do not sell" in the subject line.

## • If You Are A Resident Of California **Top**

### • YOUR CALIFORNIA PRIVACY RIGHTS (SHINE THE LIGHT ACT)

If you are a California resident, you have the right to request information from us regarding the manner in which we share certain categories of your personal information with third parties for the third parties' direct marketing purposes. California law provides that existing customers have the right to submit a request to us once a year at the designated address for and receive the following information:

- the categories of information we disclosed to third parties for the third parties' direct marketing purposes during the preceding calendar year;
- the names and addresses of third parties that received such information; and
- if the nature of a third party's business cannot be reasonably determined from the third party's name, examples of the products or services marketed.

You are entitled to receive a copy of this information in a standardized format, and the information will not be specific to you individually. Our designated email address for such requests is privacy@basspro.com.

### • CALIFORNIA CONSUMER PRIVACY ACT ("CCPA") RIGHTS

As of January 1, 2020, verified California residents will have the right to:

- request and receive our personal information collection practices during the prior 12 months, including the categories of personal information we collect, the categories of sources of such information, our business purpose for collecting or sharing such information, and the categories of third parties with whom we share such information;

7

- request and receive a copy of the personal information we have collected about them during the prior 12 months;
- request and receive disclosure of our information sharing practices during the prior 12 months, including a list of the categories of personal information that we sold with the categories of third-party recipients and a list of the categories of personal information that we disclosed for a business purpose;
- request that we not sell personal information about them; and
- request that we delete (and direct our service providers to delete) their personal information, subject to certain exceptions.

For purposes of the CCPA, "personal information" means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular California resident or household.

We will not discriminate against you as a result of your exercise of any of these rights.

In order to make a request for disclosure, California residents may contact us by calling us toll-free at 888-720-7975 or visiting our disclosure request page here. We will ask you for information that allows us to reasonably verify your identity (that you are the person about whom we collected personal information) and will use that information only for that purpose. We may request that you submit a signed statement under penalty of perjury that you are the individual you claim to be. We will acknowledge receipt of your request within 10 days and will endeavor to respond within forty-five days of receipt of your request. If we require more time (up to an additional forty-five days), we will notify you of our need for additional time. For requests that we not sell your information, we will comply with your request within 15 days. We cannot respond to your request or provide you with personal information if we cannot verify your identity and confirm that the personal information relates to you.

You may make a request for disclosure of our information collection practices, the information we collected about you, or our sharing practices up to twice within a 12-month period. You may make a request that we not sell your information or we delete your information at any time.

For requests for a copy of the personal information we have collected during the 12 months prior to your request, we will endeavor to provide the information in a format that is readily useable, including by mailing you a paper copy or providing an electronic copy to your registered account (if applicable).

For requests for deletion of your information, please understand that California law permits us to retain certain information and not delete it under certain circumstances. By way of example, we are not required to comply with a request to delete information if the information is necessary for us to complete a transaction for you or otherwise perform a contract; to detect, protect against, or prosecute security incidents, fraud or illegal activity; to use the information only internally in ways reasonably aligned with your expectations as our customer (such as maintaining sales records); and to comply with legal obligations. If we receive such a request from you, we will notify any service providers we have engaged to delete your information as well.

Selling Information. We do not sell your information for monetary consideration, but we may transfer your information to a third party that provides us with services, such as advertising, data analysis and security. These services may qualify as "other valuable consideration" for purposes of the definition of a "sale" under the CCPA. If you are a California resident over the age of 16 and would like to instruct us not to sell your personal information, please visit our Do-Not-Sell web page here. We do not sell personal information of individuals we actually know are less than 16 years of age. If you request that we not sell your information, we will honor your request within 15 days, will notify those who received your information during the 90 days before your request to not further sell your information and will notify you when this has been completed. Once we receive your Do-Not-Sell request, we will wait at least 12 months before asking you to reauthorize sales of your personal information.

Using an Authorized Agent. You may submit a request through someone holding a formal Power of Attorney. Otherwise, you may submit a request using an authorized agent only if (1) you provide the authorized agent with written permission to make a request, and (2) you verify your own identity directly with us. We will require the agent to submit proof to us that the agent has been authorized to make requests on your behalf.

Collecting Information. During the past 12 months, we have collected the following categories of information from the listed sources, used it for the listed business purposes and shared it with the listed categories of third parties. The categories of information include information we collect from our website visitors, registered users, employees, vendors, suppliers and any other person that interacts with us either online or offline. Not all information is collected about all individuals. For instance, we may collect different information from applicants for employment, vendors or customers.

| Categories Of Information Collected | Sources | Business Purposes* For Use | Categories Of Third Parties Receiving Information |
|---|---|---|---|
| **Identifiers** (name, alias, postal address, email address, phone number, fax number, account name, Social Security number, driver's license number, passport number, unique personal identifier, IP address) | Individuals submitting information to us; information we automatically collect from site visitors; information we may receive from third parties. | Auditing relating to transactions; security detection, protection and enforcement; functionality debugging/error repair; ad customization; performing services for you; internal research and development; quality control. | Service providers and others, such as payment processors, mail houses, marketing partners, shipping partners, employee benefits partners, analytics partners; affiliated companies; government regulators; law enforcement; strategically aligned businesses. |
| **Sensitive information** (name with financial account, medical, health, and health insurance information, | Individuals submitting information; employment applications. | Auditing relating to transactions (employee administration); security detection, protection and | Service providers and others, such as payment processors, employee benefits partners. |

| | | | |
|---|---|---|---|
| user name and password) | | enforcement; performing services for you; quality control. | |
| **Protected classification information** (race, gender, ethnicity, religion) | Individuals submitting information. | Auditing relating to transactions (employee administration). | Government regulators. |
| **Commercial information** (transaction history, products/services purchased, obtained or considered, product preference) | Individuals submitting information; information we automatically collect from site visitors; information we may receive from third-party marketing or data partners. | Auditing relating to transactions; security detection, protection and enforcement; functionality debugging/error repair; ad customization; performing services for you; internal research and development; quality control. | Service providers and others, such as payment processors, mail houses, marketing partners, shipping partners, analytics partners; affiliated companies; government regulators; law enforcement; strategically aligned businesses. |
| **Electronic network activity** (browsing or search history, website interactions, advertisement interactions) | Information automatically collected from site visitors. | Auditing relating to transactions; security detection, protection and enforcement; functionality debugging/error repair; ad customization; performing services for you; internal research and development; quality control. | Service providers and others, such as advertising and analytics partners; affiliated companies; law enforcement. |
| **Audio, video or similar information** (customer service calls, security monitoring; photographs) | Individuals submitting information; information we collect for security purposes. | Security detection, protection and enforcement; functionality debugging/error repair; performing services for you; internal research and development; quality control. | Photographs posted by site users are available to the public; affiliated companies; government regulators; law enforcement. |
| **Biometrics** | Not collected. | Not collected. | Not collected. |

| | | | |
|---|---|---|---|
| **Geolocation** | Information we automatically collect from site visitors. | Auditing relating to transactions; ad customization; performing services for you; internal research and development; quality control. | Service providers and others, such as advertising and analytics partners;affiliated companies; government regulators; law enforcement; strategically aligned businesses. |
| **Professional, educational or employment related information** | Information submitted by individuals; information received from third parties relating to vendor or employment status or applications; information we observe in connection with vendor or employment oversight. | Auditing relating to transactions (employee and vendor administration); security detection, protection and enforcement; performing services for you; internal research and development; quality control. | Service providers and others, such as advertising and analytics partners;affiliated companies; government regulators; law enforcement; strategically aligned businesses. |
| **Inference from the above** (preferences, characteristics, behavior, attitudes, abilities, etc.) | Internal analytics. | Auditing relating to transactions; security detection, protection and enforcement; ad customization; performing services for you; internal research and development; quality control. | Affiliated companies; service providers and others, such as advertising and analytics partners. |

*More specifically, the business purposes include:

1. Performing services for you:

- To administer or otherwise carry out our obligations in relation to any agreement to which we are a party;
- To assist you in completing a transaction or order;
- To allow tracking of shipments;
- To prepare and process invoices;
- To respond to queries or requests and to provide services and support;
- To provide aftersales customer relationship management;
- To create and manage our customer accounts;

11

- To notify you about changes to our services and products;
- To administer any promotion, contest, survey, or competition;
- To provide you information regarding our products and services; and
- To offer our products and services to you in a personalized way; for example, we may provide suggestions based on your previous requests to enable you to identify suitable products and services more quickly.

2. Advertising customization.

- For marketing and promotions we believe you may find of interest and to provide you, or allow selected third parties to provide you, with information about products and services that may interest you.

3. Auditing relating to transactions, internal research and development.

- To provide for internal business administration and operations, including troubleshooting, Site customization, enhancement or development, testing, research, administration and operation of our Sites and data analytics;
- To create products or services that may meet your needs; and
- To measure performance of marketing initiatives, ads, and websites "powered by" another company on our behalf.

4. Security detection, protection and enforcement; functionality debugging, error repair.

- As part of our efforts to keep our Sites safe and secure;
- To ensure the security of your account and our business and prevent or detect fraud, malicious activity or abuses of our Sites, for example, by requesting verification information in order to reset your account password (if applicable); and
- To ensure the physical security of our premises through the monitoring of surveillance images.

5. Dispute resolution.

- To resolve disputes, to protect the rights, safety and interests of ourselves, our users or others, and to comply with our legal obligations

6. Quality control.

- To monitor quality control and ensure compliance with our legal obligations, codes, ordinances, and policies and procedures; and
- To develop and improve our products and services, for example, by reviewing visits to the Sites and various subpages, demand for specific products and services and user comments.

- # **Applicable Law/Jurisdiction**Top

You agree that the laws of the state of Delaware, excluding its conflict-of-laws rules, shall govern this Statement. Please note that your use of the Sites may be subject to other local, state, national, and international laws. You expressly agree that exclusive jurisdiction for resolving any claim or dispute with us or relating in any way to your use of the Sites resides in the state and federal courts of Kent County, Delaware, and you further agree and expressly consent to exercise of personal jurisdiction in the state and federal courts of Kent County, Delaware.

- # Updates To This Statement**Top**

We reserve the right to make changes at any time to this Statement and/or alter the look, content and functionality of our Sites. However, if we change how we use your Personal Information, we will post the policy change notification here, update this Statement accordingly and post a new effective date. We encourage you to periodically review this Statement for the latest information on our privacy and security policies.

- # Contacting Us**Top**

For further information questions or concerns about this Statement, please:

- email us at: privacy@basspro.com, and include your name, address, telephone number, email address, and a note of instruction; or
- Call us toll free at 1-800-552-4868 or
- Write to us at: Bass Pro Shops, Attention Customer Service Privacy Director, 2500 E. Kearney, Springfield, Missouri 65898, and include your name, address, telephone number, and a note of instruction.

**Effective Date:** September 17, 2020.